1  **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Santos Zamora, | D.C. No. CV-01-149-PHX-DGC |
| Plaintiff/Appellant, | Appeal No. 05-15622 |
| vs. | **ORDER** |
| Alan Hedger Smith; and Kenneth Weiderhold, | |
| Defendants/Appellees. | |

Plaintiff has filed three motions regarding "missing transcripts transcribed at Government expense due to altered transcript order form dated [April, 28, 2005]." Docs. ##228-30. Plaintiff claims that his transcript order form has been altered and that he is entitled to receive copies of transcripts of the pretrial proceedings in this case at Government expense. *Id.* The Ninth Circuit Court of Appeals, however, has authorized the production of transcripts at Government expense only for the trial dates, January 18-21, 2005. Doc. #231. Plaintiff has received copies of such transcripts at Government expense. *See* Doc. #229 Ex. A. The Court accordingly will deny Plaintiff's motions.

/ / /

/ / /

/ / /

**IT IS ORDERED** that Plaintiff's motions regarding missing transcripts (Docs. ##228-30) are **denied**.

DATED this 26th day of June, 2006.

_____
David G. Campbell
United States District Judge